September 12, 1968

## Commonwealth ex rel. Goldstein, Appellant, v. Goldstein.

Argued June 13, 1968; reargument refused September 30, 1968. *Sidney Schulman*, with him *Desmond J. McTighe*, and *Rappeport and Magil*, for appellant;

*Ronald N. Rutenberg*, with him *Harry A. Rutenberg*, for appellee.

Order affirmed.